UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT SPIEGEL,                     )
                                    )
          Plaintiff,                )
                                    )
     v.                             )
                                    )      C.A. No. 16-12654-PBS
                                    )
THE COMMONWEALTH OF                 )
MASSACHUSETTS, et al.,              )
                                    )
          Defendants.               )
                                    )

**ORDER**

Saris, C.J.

On December 30, 2016, pro se litigant Robert Spiegel filed a
complaint in which he alleges that state court judges and
employees violated his federal rights in the course of his
divorce proceedings in the Norfolk Probate and Family Court.  He
names as defendants the Commonwealth of Massachusetts, Norfolk
Probate and Family Court, four justices of that court, and three
court employees.  In an order dated January 11, 2017, the Court
directed Spiegel to show cause within 35 days why his complaint
should not be dismissed based on the doctrines of judicial
immunity, quasi-judicial immunity or the state's immunity under
the Eleventh Amendment.

Since that time, Spiegel has contacted the Clerk's office
several times and stated that he has been unable to comply with
the original show cause deadline because of serious medical
problems.  On March 21, he filed a motion for leave to file a
late show cause response (#11).  He asks therein that he be
allowed to have until March 29, 2017 to update the Court on his

ability to respond to the show cause order.  He also filed a
motion to file documents and receive notice of docket activity
electronically via the Court's Case Management and Electronic
Case Files ("CM/ECF") system.  Spiegel represents that he has
registered with the Public Access to Court Electronic Documents
("PACER") system of the federal courts.

Upon review of these motions, the Court hereby orders:

1.    The motion for leave to file a late response (#11) is
GRANTED insofar as the plaintiff seeks additional time to file
his show cause response.  Spiegel must file his show cause
response no later than Friday, May 12, 2017.  The Court does not
anticipate granting any further requests for an extension of
time.  Failure to file a show cause response by this deadline may
result in dismissal of the action.

Spiegel is reminded that the purpose of the show cause order
is to demonstrate why (i) the Commonwealth is not protected by
Eleventh Amendment immunity; and (ii) claims against the other
defendants are not barred by judicial or quasi-judicial immunity.
Spiegel does not need to offer evidence supporting previously-
pled factual allegations.

2.    The motion to file by CM/ECF (#10) is ALLOWED for this
action provided that Spiegel registers for a CM/ECF account and
completes any necessary training.  The Clerk shall provide
Spiegel with the name and contact information of the person
within the Clerk's office responsible for assisting litigants
with registration and training for CM/ECF.

SO ORDERED.

 3/27/2017                            /s/ Patti B. Saris
DATE                                 PATTI B. SARIS
                                     CHIEF, U.S. DISTRICT JUDGE